LA IGLESIA CATÓLICA, APOSTÓLICA Y ROMANA DE PUERTO RICO, demandante y apelada, *v.* MARGARITA COLLAZO, demandada y apelante.

No. 6218.—*Sometido:* Diciembre 19, 1932. *Resuelto:* Diciembre 21, 1932.

*A. Arnaldo Sevilla,* abogado de la apelante; *J. Sabater,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR CÓRDOVA DÁVILA, emitió la opinión del tribunal.

La demandante en este caso alega que es dueña de una finca rústica que se describe en la demanda y que la demandada, Margarita Collazo, ocupa una parte de esa finca, o sea un solar de 207 metros 40 centímetros, en el cual fabricó una casa la referida señora Collazo. Alega además la demandante que tiene derecho a hacer suya la casa edificada, previa la correspondiente indemnización, y ofrece por la misma la suma de $200. La demandada niega que la demandante sea dueña del suelo donde se edificó la casa y por el contrario alega que no lo desocupa porque es de su propiedad, haciendo más de treinta años que lo viene poseyendo sin interrupción. Se alega por dicha demandada que el solar tiene un valor de $400, habiendo sido aceptada esta valoración por la parte demandante.

Fallado este pleito en apelación por la Corte de Distrito de Mayagüez declarando con lugar la demanda, la demandada interpuso el presente recurso, y ahora comparece la demandante solicitando la desestimación del mismo, basándose en que la presente acción fué iniciada en la Corte Municipal de Mayagüez y en que esta corte carece de jurisdicción para conocer de la apelación porque el valor de la casa que la demandante intenta hacer suya ha sido estimado en $200. Para que la demandante pueda hacer suya la casa, tiene necesariamente que acreditar que es dueña del suelo donde está enclavada. La demandada negó que la demandante sea dueña del solar. La demandante ofreció prueba para justificar el dominio del referido inmueble; la demandada presentó prueba testifical. De la declaración del testigo de la demandada Pascasio Cuebas copiamos lo siguiente:

"P.—¿Usted conoce a doña Margarita Collazo?

"R.—Sí, señor.

"P.—¿Ella tiene una casa en el Poblado del Rosario?

"R.—Le he conocido y hace muchos años.

"P.—¿Como cuántos años hace que la conoce?

"R.—Hace más de 40 años.

"P.—¿Ella ha estado en posesión de esa casa durante esos 40 años?

"R.—Siempre ha estado.

"P.—¿Usted sabe si alguien ha intervenido en su posesión de algún modo, diciéndose dueño del solar?

"R.—Que yo sepa nadie.

"P.—¿De modo que ella ha poseído como dueña la casa y el solar?

"R.—Sí, señor."

De la declaración del testigo Carlos Graciani extractamos también lo que sigue:

"P.—¿Usted sabe si alguien ha intervenido como dueño del solar de doña Margarita Collazo?

"R.—No, señor.

"P.—¿De modo que ella ha poseído como dueña esa casa con su solar durante unos 40 años?

"R.—Cuarenta y cinco años."

Al resolver la moción presentada por la demandante, esta corte no puede adelantar juicio alguno con respecto a los méritos del caso. Nos limitamos a mencionar algunas de las alegaciones y parte de la prueba para demostrar que el dominio del solar fué una cuestión controvertida, que hubo cierta prueba en relación con las alegaciones de las partes sobre este extremo y que, valorado dicho solar en $400, esta corte no puede desestimar la apelación por falta de jurisdicción.

*Debe declararse sin lugar la moción de la parte apelada solicitando que se desestime el recurso interpuesto.*